UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK N.A., as successor-in-interest to RBC Bank (USA), as successor-in-interest to Community Bank of Naples, N.A.,

      Plaintiff,

v.                                      Case No:  2:13-cv-683-FtM-38CM

LAUPCO, INCORPORATED and
LEROY ALAN LAUPERT,

      Defendants.

## **ORDER**

This matter comes before the Court upon review of the case. On January 24, 2014, the Court held a Preliminary Pretrial Conference to determine the deadlines to be imposed in the case management and scheduling order. A Case Management and Scheduling Order (Doc. #24) was entered accordingly. The Case Management and Scheduling Order directed Counsel to notify the Court within 14 days as to the name of a mediator stipulated to by the parties. The time to do so has since expired. The Court hereby directs the parties to notify the Court of the stipulated mediator as outline below.

    Accordingly, it is now

    **ORDERED:**

The parties shall notify the Court of a stipulated mediator within three (3) days from the date of this Order. All other deadlines established in the Case Management and Scheduling Order (Doc. #26) remain unchanged.

**DONE AND ORDERED** at Fort Myers, Florida, 11th day of February, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record